UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA MELISSA MILLER,

        Plaintiff,

                                       Civil Case No: 15-11345

v.                                 Honorable David M. Lawson
                                       Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING IN PART
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT, AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS**

Presently before the Court is the report issued on April 21, 2016 by Magistrate Judge R.

Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that the Court grant in part the

plaintiff's motion for summary judgment, deny the defendant's motion for summary judgment, and

remand the case for further proceedings. Although the magistrate judge's report explicitly stated that

the parties to this action may object to and seek review of the recommendation within fourteen days

of service of the report, no objections have been filed thus far. The parties' failure to file objections

to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of

Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the

magistrate judge's report releases the Court from its duty to independently review the matter.

*Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and

conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt.

#19] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt. #16] is

**GRANTED IN PART**.

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #17] is

**DENIED**.

It is further **ORDERED** that the matter is **REMANDED** to the Commission for further

administrative proceedings.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: May 9, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 9, 2016.

s/Holly Monda
HOLLY MONDA

---

-2-